# EXHIBIT 2

## CERTIFICATION

The undersigned, as President of Raani Corporation, an Illinois corporation (the "Company"), does hereby represent and warrant to Alliant Manufacturing, LLC that each of the Company's representations and warranties in that certain Asset Purchase Agreement dated June 7, 2013 was accurate in all respects as of the date of such Agreement and are accurate in all respects as of June 28, 2013.

*Rashid Chaudary* (signature)
Rashid Chaudary, President

EXHIBIT 2